■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY SAVAGE, Appellant. [718 NYS2d 179] —Judgment, Supreme Court, New York County (Budd Goodman, J.), rendered October 21, 1999, convicting defendant, after a jury trial, of two counts of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The jury's verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning identification and credibility. Concur—Rosenberger, J. P., Nardelli, Williams, Mazzarelli and Friedman, JJ.